# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRICK L. HUNTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELDON VALE, et al.,<br><br>　　　　Defendants. | NO. CV-13-107-JPH<br><br>ORDER ON DEFENDANTS' MOTION FOR A PROTECTIVE ORDER |

BEFORE THE COURT is Defendants' motion for protective order, considered by the Court on the date signed below. ECF No. 31. After review,

**IT IS ORDERED**:

1. Defendants' motion for protective order, **ECF No. 31**, is **GRANTED**;

2. All discovery in this matter is **STAYED** pending this Court's ruling on Defendants' motion for judgment on the pleadings, ECF No. 29, set January 6, 2014 at 6:30 p.m. without argument; and

3. The Clerk is directed to send uncertified copies of this Order to Plaintiff and to counsel for Defendants.

DATED this 17th day of December, 2013.

　　　　　　　　　　　　　　　　　*S/ James P. Hutton*
　　　　　　　　　　　　　　　　　JAMES P. HUTTON

1  United States Magistrate Judge
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22