1

2

3

4

5        UNITED STATES DISTRICT COURT

6        EASTERN DISTRICT OF WASHINGTON

7  DARRICK L. HUNTER,

                                            NO:  13-CV-0107-JPH
8                    Plaintiff,

                                            ORDER ADOPTING REPORT AND
9        v.                                 RECOMMENDATION

10 ELDON VALE, et al.,

11                   Defendants.

12

13       BEFORE THE COURT is a Report and Recommendation issued by

14 Magistrate Judge Hutton on January 27, 2014 (ECF No. 41), recommending that

15 Defendants' motion for judgment on the pleadings be granted.  Plaintiff timely

16 filed an objection.  ECF No. 42.  At the Court's direction, Defendants responded to

17 Plaintiff's objection.  ECF No. 44.

18       Plaintiff's first objection alleges Defendants and Magistrate Judge Hutton

19 improperly relied on a newer version of the DOC grievance program manual,

20 published July 1, 2013, rather than the one published September 11, 2009, which

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

1   was in effect during the relevant time period (between October 2010 and

2   September 2011).  ECF No. 42 at 3-5, Ex. 1 at p. 1; ECF No. 44 at 2.  Defendants

3   respond that Plaintiff still has not shown he properly exhausted his administrative

4   remedies.  Defendants concede they submitted the 2013 version with their

5   pleadings, but allege it is "not substantially different and does not provide Plaintiff

6   with a valid excuse for failure to properly exhaust his administrative remedies

7   using the offender grievance program."  ECF No. 44 at 3.

8        Defendants are correct.  Allegations such as Plaintiff's were grievable under

9   the earlier version of the Offender Grievance Program.  ECF No. 44 at 4,

10  Defendant's Ex. 1, *Declaration of Clara Curl* at ¶ 3 and Attachment A, Offender

11  Grievance Program Manual dated September 11, 2009; Exhibit 2, *Declaration of*

12  *Dell-Autumn Witten*, ¶ 2 and Attachment A, DOC Policy 550.100, Offender

13  Grievance Program at 5.  It is undisputed Plaintiff never filed a grievance with

14  respect to the allegations that form the basis of his complaint. Plaintiff never

15  attempted to file a grievance even after he was informed that his complaint was

16  determined to be non-PREA (Prison Rape Elimination Act).  Defendants are

17  correct Plaintiff failed to show administrative remedies were unavailable.  *See*

18  *Alibino v. Baca*, 697 F.3d 1023, 1031 (9th Cir. 2012), *reh'g en banc granted*, 709

19  F.3d 994 (9th Cir. 2013); *see also Tuckel v. Grover*, 660 F.3d 1249, 1254 (10th

20  Cir. 2011).

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2

Plaintiff's second objection alleges the magistrate judge misstated the record by indicating Plaintiff filed 11 grievances from 2009 to November 8, 2013. ECF No. 42 at 5, *cf.* ECF No. 41 at 7 *with* ECF No. 29-1, Defendants' Ex. 1, *Decl. of Clara Curl* at 5. Plaintiff is incorrect. The magistrate judge's date refers to the date Ms. Curl signed her declaration, November 8, 2013. This is not error.

The magistrate judge found Plaintiff failed to exhaust all available administrative remedies and failed to show such remedies were unavailable. Such remedies are now unavailable because they are untimely.

Having reviewed the Report and Recommendation, the Court hereby adopts Magistrate Judge Hutton's recommendation.

## REVOCATION OF *IN FORMA PAUPERIS* STATUS

Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." The good faith standard is satisfied when an individual "seeks appellate review of any issue not frivolous." *See Coppedge v. United States*, 369 U.S. 438, 445 (1962). For purposes of 28 U.S.C. § 1915, an appeal is frivolous if it lacks any arguable basis in law or fact. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

The Court finds that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact. Accordingly, the Court

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 3

hereby revokes Plaintiff's *in forma pauperis* status.  If Plaintiff wishes to pursue an appeal, he must pay the requisite filing fee.

**IT IS HEREBY ORDERED:**

1.  The Report and Recommendation (ECF No. 41), is **ADOPTED** in its entirety.

2.  Defendants' motion for judgment on the pleadings (ECF No. 29), is **GRANTED**.  Plaintiff's Complaint is **DISMISSED** with prejudice.

3.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.  Plaintiff's *in forma pauperis* status is hereby **REVOKED**.

The District Court Executive is hereby directed to enter this Order, forward uncertified copies to the parties and Magistrate Judge Hutton, and **CLOSE** the file.

**DATED** February 26, 2014.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 4