# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DARRICK L HUNTER<br>*Plaintiff*<br>v.<br>SUPERINTENDENT ELDON VALE, et al.,<br>*Defendant* | Civil Action No. 13-CV-0107-JPH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The Report and Recommendation is adopted and the case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   on motion for Judgment on the pleadings.

Date: 02/26/2014

*CLERK OF COURT*

s/ Linda L. Hansen
Deputy Clerk

Signature of Clerk or Deputy Clerk